# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DENNIS KISSMAN and MARINA MANAGEMENT SERVICES, ) ) ) Plaintiff, ) ) vs. ) ) ST. THOMAS MARINA CORPORATION ) and KOSEI OHNO, ) ) Defendants, ) ) and ) ) CROWN BAY MARINA, L.P., as a ) ) Nominal Defendant. ) | Case No. 3:18-cv-0018 |

**APPEARANCES:**

**LEE J. ROHN, ESQ.**
LEE J. ROHN & ASSOCIATES
ST. CROIX, VIRGIN ISLANDS
    *FOR PLAINTIFF AND COUNTER-DEFENDANTS DENNIS KISSMAN AND MARINA MANAGEMENT SERVICES*
    *FOR COUNTER-DEFENDANTS NANCY KISSMAN, JANE WHERREN, AND MARINA STAFFING, INC.*

**ADAM NICHOLAS MARINELLI, ESQ.**
**A.J. STONE, III, ESQ.**
LAW OFFICES OF BOLT NAGI PC
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR DEFENDANTS ST. THOMAS MARINA CORPORATION, KOSEI OHNO, AND CROWN BAY MARINA, L.P.*
    *FOR COUNTER-PLAINTIFF CROWN BAY MARINA, L.P.*

## ORDER

**BEFORE THE COURT** are the following motions:

1. Plaintiff Dennis Kissman's Motion for Protective Order and/or for a Stay of the Deposition Until the Court Rules on the Pending Motion for Protective Order filed January 12, 2024. (ECF No. 368); and

2. Defendants St. Thomas Marina Corporation, Kosei Ohno, and Crown Bay Marina, L.P.'s Motion for Sanctions and to Compel Production of Party Witness, filed on March 21, 2024, (ECF No. 372).

For reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Plaintiff Dennis Kissman's Motion for Protective Order and/or for a Stay of the Deposition until the Court Rules on the Pending Motion for Protective Order, ECF No. 368, is **GRANTED**; and it is further

**ORDERED** that Defendants St. Thomas Marina Corporation, Kosei Ohno, and Crown Bay Marina, L.P.'s Motion for Sanctions and to Compel Production of Party Witness, ECF No. 372, is **DENIED WITHOUT PREJUDICE**.

**Dated:** March 31, 2025                                       */s/ Robert A. Molloy*
                                                               **ROBERT A. MOLLOY**