IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DENNIS KISSMAN and MARINA MANAGEMENT SERVICES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ST. THOMAS MARINA CORPORATION )<br>and KOSEI OHNO, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>CROWN BAY MARINA, L.P., )<br>)<br>Nominal Defendant. ) | Case No. 3:18-cv-0018 |

**APPEARANCES:**

**LEE J. ROHN, ESQ.**
**RHEA LAWRENCE, ESQ.**
LEE J. ROHN & ASSOCIATES
ST. CROIX, U.S. VIRGIN ISLANDS
    *FOR PLAINTIFF AND COUNTER-DEFENDANTS DENNIS KISSMAN AND MARINA MANAGEMENT SERVICES*
    *FOR COUNTER-DEFENDANTS NANCY KISSMAN, JANE WHERREN, AND MARINA STAFFING, INC.*

**ADAM NICHOLAS MARINELLI, ESQ.**
**A.J. STONE, III, ESQ.**
LAW OFFICES OF BOLTNAGI PC
ST. THOMAS, U.S. VIRGIN ISLANDS
    *FOR DEFENDANTS ST. THOMAS MARINA CORPORATION, KOSEI OHNO, AND CROWN BAY MARINA, L.P.*
    *FOR COUNTER-PLAINTIFF CROWN BAY MARINA, L.P.*

## **ORDER**

**THIS MATTER** came before the Court *sua sponte* as to the question of diversity jurisdiction. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

*Kissman v. Ohno*
Case No. 3:18-cv-0018
Order
Page 2 of 2

      **ORDERED** that this Court finds that it lacks diversity jurisdiction in this matter; it is further

      **ORDERED** that the above-captioned matter is **REMANDED** to the Superior Court of the Virgin Islands; it is further

      **ORDERED** that all pending motions[1] are **MOOT** for purposes of this docket; it is further

      **ORDERED** that, pursuant to 28 U.S.C. § 1447(c), the Clerk of Court shall mail a certified copy of this Order to the Clerk of Court for the Superior Court of the Virgin Islands; and it is further

      **ORDERED** that this case is **CLOSED**.

**Dated:** September 29, 2025            */s/ Robert A. Molloy*
                                                 **ROBERT A. MOLLOY**
                                                 **Chief Judge**

---

[1] ECF No. 431 Objection to Defendants'/Counterclaim Plaintiffs' Witness and Exhibit List (ECF 430) and Request to Strike the Same; ECF No. 412 Motion for Rule 11 Sanctions; ECF No. 408 Defendants'/Counterclaim Plaintiffs' Motion for Hearing on Objections to Report and Recommendation of Magistrate to Dismiss for Lack of Subject Matter Jurisdiction and Incorporated Memorandum of Law; ECF No. 402 Defendants/Counterclaim Plaintiffs' Motion for Reconsideration of Order Denying Leave to File Supplemental Exhibits to Objections to Report and Recommendation of Magistrate; ECF No. 386 Report and Recommendation; ECF No. 347 Crown Bay Marina L.P's Motion for Leave to Amend its Counterclaims; ECF No. 330 Defendants/Counterclaim-Plaintiffs' Motion to Dismiss, or in the Alternative for Sanctions; ECF No. 319 Motion to Amend the Complaint; ECF No. 297 Motion to Disregard Defendants' Argument (II) or, in the Alternative, Motion for Leave to File Surreply to Reply to Plaintiffs' Supplemental Response to Motion to Disqualify Counsel; ECF No. 241 Motion to Disqualify Counsel; and ECF No. 196 Motion to Dismiss Counterclaim Against Nancy Kissman and Marina Staffing, Inc.